AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KEVIN JOHNSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:24-cv-21

LELAND DUDEK, Acting Commissioner of Social Security,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated March 26, 2025, the Court affirms Defendant's decision. This case stands closed.

Approved by: _/s/ Benjamin W. Cheesbro_
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

March 26, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Jamie Hodge_
(By) Deputy Clerk